## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LEI KE, : No. 151 EAL 2016
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
DREXEL UNIVERSITY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of August, 2016, the Petition for Allowance of Appeal, Motion for Leave to File a Response, and Motion for Leave to File a Motion Concerning a Discovery Issue are **DENIED**.